# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

| IN RE:<br><br>**David Ashley Lehr**<br>**Laura Ann Lehr**<br><br>DEBTOR(S) | CASE NO: **14-02169**<br>CHAPTER: **13**<br><br>DEBTORS' STATEMENT<br>IN SUPPORT OF CONFIRMATION |
|---|---|

In connection with the plan dated May 27, 2014, the debtor(s) hereby state that they understand the following:

(1) The obligations set forth in the plan, including the amount, method, and timing of payments made to the trustee and/or directly to creditors;

(2) The consequences of any default under the plan including the direct payments to creditors; and

(3) That debtor(s) may not agree to sell property, or sell property, employ professionals, or incur debt (including modification of debt) during the term fo the plan without the advance authorization of the Bankruptcy Court.

Date **May 27, 2014**                              By: **/s/ David Ashley Lehr**
                                                                            Debtor

Date **May 27, 2014**                              By: **/s/ Laura Ann Lehr**
                                                                            Joint Debtor