**U.S. BANKRUPTCY COURT**
**District of South Carolina**

Case Number:  **14-02169-jw**

## ORDER ON MOTION TO TERMINATE AUTOMATIC STAY

The relief set forth on the following pages, for a total of 2 pages including this page, is hereby ORDERED.

**FILED BY THE COURT**
**06/02/2014**



US Bankruptcy Judge
District of South Carolina

Entered: 06/03/2014

UNITED STATES BANKRUPTCY COURT
District of South Carolina

Case No. 14-2169

In re:

David Ashley Lehr                                    Laura Ann Lehr
107 SeeWee Court                                     107 SeeWee Court
Summerville, SC 29485                                Summerville, SC 29485

Order Confirming Termination of
Automatic Stay

1. Creditor Trent Enoch requests under 11 U.S.C. § 362(j) that the Court issue this Order confirming that the automatic stay in this Chapter 13 case has been automatically terminated under the provisions of 11 U.S.C. § 362 (c)(3)(A).

2. Debtors had a prior Chapter 13 bankruptcy case, 12-3298, pending in the last one year before this present 14-2169 case was filed on 4-11-2014.

3. The prior Chapter 13 case, 12-3298, was dismissed for non-payment on 5-13-2013.

4. No order has been issued in this case 14-2169 extending the automatic stay.

5. Accordingly, under the provisions of 11 U.S.C. § 362 (c)(3)(A) this court confirms that the automatic stay in this case terminated 30 days after the filing of this case. This case was filed on 4-11-2014. The automatic stay terminated 30 days later, on 5-11-2014.

AND IT IS SO ORDERED.